September 16, 2006

George D. Reynolds, Staff Counsel
Judicial Conference Committee
on Financial Disclosure
One Columbus Circle, N.E.
Washington D.C. 20544

RECEIVED 2006 SEP 25 A 10: 56 FINANCIAL DISCLOSURE OFFICE

Dear Mr. Reynolds:

Confirming my telephone message of today, this letter is in response to your letter of September 12, 2006, concerning my 2005 financial disclosure report.

The "(S) coop Country Farmers Renville, MN" is a cooperative through which crops of the Renville farm were marketed. The Renville farm was a ███████ farm sold in 2005, and the closing date of the sale was January 2013, 2005. My ███████ interest was 1/4th and had an estimated value of $250,000. ██████ interest in the coop had a value less than five dollars.

I shall be grateful if you will acknowledge receipt of this letter.

Sincerely,

██████████████████

# JUDICIAL CONFERENCE OF THE UNITED STATES
## COMMITTEE ON FINANCIAL DISCLOSURE

Judge Ortrie D. Smith, Chair

Judge Bobby R. Baldock
Judge Stanley F. Birch, Jr.
Judge John W. Darrah
Judge Eldon E. Fallon
Judge Jeremy D. Fogel
Judge Joseph M. Hood
Judge Gary R. Jones
Judge Yvette Kane

Judge Joseph H. McKinley, Jr.
Judge Norman K. Moon
Judge Donald C. Pogue
Judge Linda R. Reade
Judge Robert D. Sack
Judge William E. Smith
Judge William T. Thurman

One Columbus Circle, N.E.
Washington, D.C. 20544
Telephone: (202) 502-1850
Facsimile: (202) 502-1899

June 12, 2006

Honorable Robert E. Keeton
United States District Court
3130 John Joseph Moakley
 United States Courthouse
One Courthouse Way
Boston, MA 02210-3002

Re: Calendar Year 2005 Filing

Dear Judge Keeton:

Thank you for your report dated April 26, 2006, which you forwarded in response to the statutory requirement to file an annual financial disclosure report under the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111). The Committee appreciates the time and effort required to comply with this requirement. However, we are unable to close your 2005 report because additional information required by section 102 of the Act is still needed.

In Part VII, page 2, line 28, in your 2004 report, you listed "(S) Coop Country Farmers Renville, MN," but you did not list this asset in your 2005 report. If this asset is still owned but is now exempt from disclosure due to reduction in income and value, an explanation should be provided in Part VIII. If the asset was sold, information regarding that transaction should be provided in Column D. If neither of these is true, the information regarding income and value of this asset should be provided in Part VII of your 2005 report. You may want to refer to pages 39 and 51-54 of the filing instructions.

In responding to this letter, please note the security issues discussed in the front of the filing instructions. You may respond by letter providing the required information or by submitting an amended report, whichever is more convenient. Your response to this letter is considered an amendment to your 2005 report and is releasable to members of the public.

Please provide our Committee with three copies of your response within thirty days. If you should have any questions about this letter, please telephone the office of the Committee on Financial Disclosure at (202) 502-1850. Thank you for your cooperation.

Sincerely,



Ortrie D. Smith
Chair

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Keeton, Robert E | 2. Court or Organization<br><br>U.S.D.C. (D. Mass.) | 3. Date of Report<br><br>04/19/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>1 Courthouse<br>Suite 3130<br>Boston, MA 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Prof. of Law Emeritus | Harvard Law School, Cambridge, MA |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. Since 1953 | Continued participation in Harvard Group Health Pl. as Prof. Emeritus |
| 2. Since | |
| 3. 7/1/54 | Retirement Contract, Teacher Ins. Annuity Assoc. and College Retirement Equities Fund, based on contributions by me and by Harvard Univeristy, 1954-79 (reported |
| 4. | also as first Item, Part VII). |
| 5. Since | |
| 6. 9/1/71 | Retirement Contracts with Minn. Mutual Life Ins. Co. |
| 7. | and Northwestern National Life Ins. Co. |
| 8. | based on contributions by me and Univ. of Minnesota, |

9. _____  1971-72 (reported also as last item, Part VII).

10. _____  Royalty agreements are in effect with

11. _____  each of the lawbook

12. _____  publishers who paid me royalities during the year (which

13. _____  are reported in Part III).

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | West Group, Royalties | $ 2235.19 |
| 2. | Lexis Law Publishing, Royalties (no more royalties expected) | $ 692.06 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keeton, Robert E | 04/19/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keeton, Robert E | 04/19/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. On first item, see also Part II, continued infra.) | | | | | | | | | |
| 2. TIAA-CREF Retirement Annuity | G | *Annu.* | O | U | | | | | |
| 3. FLEET BANK(formerly BANK BOSTON) | | | | | | | | | |
| 4. Boston and Cambridge, MA | | | | | | | | | |
| 5. Acct | B | Interest | M | T | | | | | |
| 6. CAMBRIDGE SAVINGS BANK | | | | | | | | | |
| 7. Cambridge, MA | | | | | | | | | |
| 8. Acct | B | Interest | K | T | | | | | |
| 9. CD | D | Interest | M | T | | | | | |
| 10. Farm, | | | | | | | | | |
| 11. Sibley Cty, MN | | | | | | | | | |
| 12. Bought 1/16/79 | | | | | | | | | |
| 13. for $310,200 | D | Rent | N | R | | | | | |
| 14. Farm Crops Stored | D | *Crops* | J | W | | | | | |
| 15. Farm, | | | | | | | | | |
| 16. Yellow Med. Cty, MN [See Part VII, cont'd infra] | E | Rent | M | R | | | | | |
| 17. Farm Crops Stored | D | *Crops* | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keeton, Robert E | 04/19/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Trust Acct, Northwestern | | | | | | | | | |
| 19. Farm Mgmt Co., Marshall, MN | A | Interest | J | U | | | | | |
| 20. Clarkfield Farmers Elev., | | | | | | | | | |
| 21. Clarkfield, MN | A | Dividend | J | U | | | | | |
| 22. Belle Plaine Coop., | | | | | | | | | |
| 23. Belle Plaine, MN | A | Dividend | J | U | | | | | |
| 24. Tri-Line Farmers Coop., | | | | | | | | | |
| 25. Marshall, MN | A | None | J | U | | | | | |
| 26. Hanley Falls Farmers Elev. | | | | | | | | | |
| 27. Hanley Falls, MN | A | Dividend | J | U | | | | | |
| 28. Minn. Mut. & NW Nat'l Life | | | | | | | | | |
| 29. Ins. Retirement Annuity | C | Annu. | K | U | | | | | |
| 30. U.S. Dept. of Treasury-Treas. Direct | E | Interest | O | U | Reinvest | | M | | Robert E. Keeton |
| 31. TIAA-CREF Mutual Fund | B | Dividend ℰ Cap.Gn. | M | T | Invest | 1/1 | M | A | Robert E. Keeton |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keeton, Robert E | 04/19/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | If not exempt from disclosure | | | |
| 35. | | | | | | | | | |
| 36. | | | | | | | | | |
| 37. | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Additional informaiton for Part VII, line 16, Column C(2), Code R: This farm was purchased under a Purchase-and-Sale Contract of July 1976 at the price of $190,000.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date___ 4 / 15 / 06 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544